IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02653-MJW-PAC

HVS INTERNATIONAL CAPITAL CORP., LLC,
A Colorado limited liability company,

Plaintiff,

v.

TETON VALLEY GOLF ASSOCIATES, LP,
An Idaho limited partnership,

Defendant.

_____

ORDER GRANTING UNOPPOSED MOTION
FOR WITHDRAWAL OF APPEARANCE
AND ENTRY OF APPEARANCE
_____

THE COURT, having reviewed Defendant Teton Valley Golf Associates, LP's Unopposed Motion for Withdrawal of Appearance and Entry of Appearance, and being fully advised in the premises, does hereby

ORDER THAT:

1.  The withdrawal of appearance of Amy L. Miletich of the law firm of Miletich & Ricca, LLC as counsel for Defendant in the above-captioned action is hereby accepted;

2.  The entry of appearance of Donald Salcito and Sean C. Stewart of the law firm of Perkins Coie LLP as counsel for Defendant is hereby accepted; and

3.  That all future motions, applications, notices and other papers filed, together with all orders entered, in this case be served on counsel for Defendant as follows:

        Donald Salcito
        Sean C. Stewart
        Perkins Coie LLP
        1899 Wynkoop Street, Suite 700
        Denver, CO  80202
        Telephone:  303-291-2300
        Facsimile:  303-291-2400
        Email:  dsalcito@perkinscoie.com
              scstewart@perkinscoie.com

    and

        Philip De Angeli
        Jones Gledhill Hess Fuhrman & Eiden, P.A.
        225 North 9th Street, #820
        Boise, ID  83702
        Telephone:  208-331-1170
        Facsimile:  208-331-1529
        Email:  pdeangeli@idalaw.com

DATED this 25th day of July, 2005.

                                  BY THE COURT:


                                  s/Michael J. Watanabe
                                  MICHAEL J. WATANABE
                                  UNITED STATES MAGISTRATE JUDGE