IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No.   04-CV-02653-MJW-PAC**

HVS INTERNATIONAL CAPITAL CORP., LLC,

Plaintiff(s),

v.

TETON VALLEY GOLF ASSOCIATES, LP,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion to Vacate and Reset Pretrial Conference (docket no. 39) is GRANTED.  The Final Pretrial Conference set on August 31, 2005, at 8:30 a.m. is VACATED and reset to October 31, 2005, at 9:30 a.m.  The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) days before the Final Pretrial Conference consistent with the e-filing requirements of this court.

Date:  August 22, 2005