IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No.   04-CV-02653-MJW-PAC**

HVS INTERNATIONAL CAPITAL CORP., LLC,

Plaintiff(s),

v.

TETON VALLEY GOLF ASSOCIATES, LP,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion for Clarification of Scheduling Order (docket no. 51) is GRANTED.  To clarify, the initial disclosure of experts is September 15, 2005, and disclosure of rebuttal experts is October 15, 2005, as was contemplated in the July 11, 2005, motion (docket no. 21).

Date:  September 13, 2005