IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No.   04-CV-02653-MJW-PAC**

HVS INTERNATIONAL CAPITAL CORP., LLC,

Plaintiff(s),

v.

TETON VALLEY GOLF ASSOCIATES, LP,

Defendant(s).

MINUTE ORDER

     It is hereby **ORDERED** that the Plaintiff/Counterclaim-Defendant, HVS International Capital Corporation's Motion to Substitute Party-Plaintiff and Memorandum of Law in Support (docket no. 32) is **GRANTED** pursuant to Fed. R. Civ. P. 17 and F.D.I.C. v. Isham, 777 F.Supp. 828 (D. Colo. 1991).  Moreover, the Defendant/Counterclaimant TVGA did not file any response to this motion and this court further deems this motion confessed. It is **ORDERED** that Hotel Capital Corporation d/b/a HVS Capital Corporation be substituted as the Party-Plaintiff in this action.

     It is **FURTHER ORDERED** that Plaintiff/Counterclaim-Defendant HVS International Capital Corporation's Motion to Strike Defendant's Designation of Expert and Memorandum of Law in Support (docket no. 44) is **MOOT** and therefore **DENIED**. See this court's recent minute order dated September 13, 2005.  Moreover, the Defendant/Counterclaimant TVGA did file a new report authored by Thomas South, CPA on September 15, 2005.  See exhibit A attached to Defendant/Counterclaimant TVGA's response.

Date:   September 26, 2005