IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No.   04-cv-02653-MJW-PAC**

HVS INTERNATIONAL CAPITAL CORP., LLC,

Plaintiff(s),

v.

TETON VALLEY GOLF ASSOCIATES, LP,

Defendant(s).

ORDER OF DISMISSAL OF CASE

     It is hereby **ORDERED** that the Stipulated Notice of Dismissal of Action with Prejudice, filed with the Court on January 24, 2006, (document 72) is APPROVED. This case is dismissed with prejudice, each party to pay its own costs and attorney fees.

     It is FURTHER ORDERED that the trial preparation conference set on June 5, 2006, at 10:30 a.m., and the jury trial set on June 19, 2006, at 8:30 a.m. are both VACATED.

     Done this 27th day of January,  2006.

     s/Michael J. Watanabe
     Michael J. Watanabe
     U.S. Magistrate Judge